IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:15-CR-153** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **LUIS BEATO-HERRERA** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 27th day of September, 2016, upon consideration of the *pro se* motion (Doc. 407) of defendant Luis Beato-Herrera ("Beato-Herrera"), wherein Beato-Herrera requests, for the second time, that the court remove his appointed counsel, Robert J. Daniels, Jr., Esquire ("Attorney Daniels"), and appoint new counsel due to a perceived breakdown in the attorney-client relationship, and further upon consideration of the reply (Doc. 417) of Attorney Daniels, wherein Attorney Daniels denies Beato-Herrera's suggestion that Attorney Daniels has abandoned his client, but nonetheless indicates that, based on Beato-Herrera's allegations, there has been a breakdown in the attorney-client relationship, and the court concluding, based on the representations of Attorney Daniels, that good cause for withdrawal exists, see PA. R. PROF'L CONDUCT 1.16(b)(7); see also LOCAL RULE OF COURT 83.23.2, it is hereby ORDERED that:

1. The motion (Doc. 407) for new counsel is GRANTED.

2. The Clerk of Court shall terminate Robert J. Daniels, Jr., Esquire, as counsel for defendant Luis Beato-Herrera in the above-captioned case.

3. Elisabeth K.H. Pasqualini, Esquire, 2205 Forest Hills Drive, Suite 10, Harrisburg, Pennsylvania, 17112, telephone number (717) 545-3032, is APPOINTED to represent defendant Luis Beato-Herrera in the above-captioned case.

4. The Clerk of Court is DIRECTED to immediately forward all necessary materials to Elisabeth K.H. Pasqualini, Esquire.

5. Robert J. Daniels, Esquire, is DIRECTED to provide Elisabeth K.H. Pasqualini, Esquire, with the file in the above-captioned case forthwith.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania